UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*,<br><br>-against-<br><br>WILLIAM Z. ("BILLY") MCFARLAND, FYRE MEDIA, INC., MAGNISES, INC., GRANT MARGOLIN and DANIEL SIMON,<br><br>*Defendants.* | Case No. 18-CV-6634 (JGK) |

NOTICE OF WILLIAM Z. ("BILLY") McFARLAND'S
MOTION TO CLARIFY FINAL JUDGMENT

PLEASE TAKE NOTICE that, based upon the accompanying Memorandum of Law in Support of William Z. ("Billy") McFarland's Motion to Clarify Final Judgment, dated May 1, 2024, and the exhibits attached thereto, William Z. ("Billy") McFarland, by and through his undersigned counsel, hereby moves this Court for entry of an Order clarifying the terms of the Final Judgment herein, or, in the alternative, entry of an Order amending the Final Judgment herein.

Dated: May 1, 2024
      New York, NY

                                Respectfully submitted,

                                PROTASS LAW PLLC

By: _____
      Harlan Protass
260 Madison Avenue
22nd Floor
New York, NY 10016
T. 212-455-0335
F. 646-607-0760
hprotass@protasslaw.com

*Counsel for Defendant*
*William Z. ("Billy") McFarland*

2

CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on May 1, 2024 I caused true and correct copies of the foregoing NOTICE OF WILLIAM Z. ("BILLY") McFARLAND'S MOTION TO CLARIFY FINAL JUDGMENT, dated May 1, 2024, and the accompanying MEMORANDUM OF LAW IN SUPPORT OF WILLIAM Z. ("BILLY") McFARLAND'S MOTION TO CLARIFY FINAL JUDGMENT, dated May 1, 2024, and the exhibits attached thereto, to be served via ECF electronic delivery upon all parties of record herein.

By: _____
Harlan Protass