UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

- against -

WILLIAM Z. ("BILLY") MCFARLAND, ET AL.,

                Defendants.

18-cv-6634 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to appear for a telephone conference on **June 10, 2024** at **4:30 p.m.**

    Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
           May 15, 2024

                                      John G. Koeltl
                                United States District Judge