UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――

SECURITIES AND EXCHANGE COMMISSION
("SEC"),                                          18-cv-6634 (JGK)

                          Plaintiff,              ORDER

          - against -

WILLIAM Z. ("BILLY") MCFARLAND, ET
AL.,

                          Defendants.

―――――――――――――――――――――――

JOHN G. KOELTL, District Judge:

     The SEC is directed to respond to the current motions, see

ECF Nos. 11, 13, by **July 5, 2024**. The moving parties shall reply

by **July 19, 2024**.

SO ORDERED.

Dated:    New York, New York
          June 10, 2024

                                        _____
                                              John G. Koeltl
                                        United States District Judge